RECEIVED
IN ALEXANDRIA, LA.
MAY 26 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **VERDELL RANKIN (D.O.C.#326516)** | **DOCKET NO. 08-CV-1860;<br>SEC. P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **CORRECTIONS CORPORATION<br>OF AMERICA, ET AL.** | **MAGISTRATE JUDGE JAMES D.<br>KIRK** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b) as to the following defendants:

>Corrections Corporation of America,
>Officer Smith,
>Lieutenant Braxton, and
>Officer Triplet.

**IT IS FURTHER ORDERED** that Plaintiff's request for injunctive relief in the form of an order directing Warden Wilkinson to fire the defendants and to transfer Inmates

Breedlove and Edwards be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 26th day of MAY, 2009.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**